UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | | |
|---|---|---|
| HARRY M. NIMMONS, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) ) | No. 3:05-cv-353 *Phillips* |
| HOWARD CARLTON, Warden | ) ) ) | |
| Respondent. | ) | |

## **JUDGMENT ORDER**

In accordance with the accompanying Memorandum, the respondent's motion to dismiss is **GRANTED**. The petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**.

**E N T E R:**

                                                                                 s/ Thomas W. Phillips
                                                                    United States District Judge